Eric M. George (SBN 166403); Russell F. Wolpert (SBN 97975);
Christian K. Wrede (SBN 268307);
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California  90067
Tel:  (310)274-7100
Fax:  (310)275-5697

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

D. STEPHEN SORENSEN, an individual

Plaintiff(s),

v.

NEW KOOSHAREM CORPORATION, a Delaware Corporation; and ANCHORAGE CAPITAL GROUP, LLC, a New York limited liability company

Defendant(s).

CASE NUMBER
2:15-CV-01088 RGK(PJWx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) Anchorage Capital Group, LLC

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by plaintiff D. Stephen Sorensen

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

July 8, 2015                               /s/ Christian K. Wrede
*Date*                                     *Signature of Attorney/Party*
                                           Christian K. Wrede

NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.


American LegalNet, Inc.
www.FormsWorkFlow.com