1
2
3                                          JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| | |
|---|---|
| 11  D. STEPHEN SORENSEN, an individual, | Case No. 2:15-cv-01088-RGK (PJWx) |
| 12              Plaintiff, | **ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 13        vs. | |
| 14  NEW KOOSHAREM CORPORATION, a Delaware corporation; and ANCHORAGE CAPITAL GROUP, LLC, a New York limited liability company, | |
| 15 | |
| 16 | |
| 17              Defendants. | |
| 18 | |
| 19  NEW KOOSHAREM CORPORATION, a Delaware corporation; KOOSHAREM, LLC, a California limited liability company, | |
| 20 | |
| 21              Counter-Plaintiffs, | |
| 22        vs. | |
| 23  D. STEPHEN SORENSEN, an individual, | |
| 24 | |
| 25              Counter-Defendant. | |

26
27
28

---

[PROPOSED] ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:15-cv-01088-RGK (PJWx)

5050518

**IT IS HEREBY ORDERED THAT:**

The Stipulation of Dismissal with Prejudice is ENTERED. Plaintiff D. Stephen Sorensen's claims against EmployBridge Holding Company f/k/a New Koosharem Corporation are DISMISSED WITH PREJUDICE. The counterclaims filed by Counter-Plaintiffs EmployBridge Holding Company f/k/a New Koosharem Corporation and EmployBridge, LLC f/k/a Koosharem, LLC are DISMISSED WITH PREJUDICE. Each party to bear its own fees and costs.

Dated: April 18, 2016

Hon. R. Gary Klausner
United States District Court Judge